# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSO INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIMD INTERNATIONAL, LLC. a Florida limited liability company; ROBERT SCHNEIDERMAN, an individual, ADAM BROSIUS (erroneously sued as ADAM SCRIPS), an individual and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:15-cv-004806-TJH-SSx<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE SUBJECT TO RETAINED JURISDICTION OF ENFORCING SETTLEMENT AGREEMENT**<br>**[JS-6]** |

Upon stipulation between all parties to this action, following execution of a written settlement agreement, the Court hereby enters this Order of dismissal without prejudice as to the entire action.

The Court hereby retains jurisdiction to enforce the terms of the settlement agreement which requires that Defendants shall pay the Settlement Sum of $1,155,375.00, plus interest at the rate of 10% per annum or the highest rate allowable by law to Plaintiff, Alexso, Inc., but that Alexso, Inc. shall accept a reduced amount of $580,000.00 and waive all accrued interest if paid in ten equal monthly payments of $58,000.00 commencing on December 14, 2015. In the event that Defendants default on such payments and fail to cure such default within 5 calendar days after having been provided written notice of default, as provided for in the parties' settlement agreement, judgment shall be entered against them in the full amount of the Settlement Sum of $1,155,375.00 plus all accrued interest from December 14, 2015.

Dated: December 4, 2015

_____
Terry J. Hatter, Jr.
United States District Judge

CC: FISCAL

2
**ORDER OF DISMISSAL**